UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRYAN VELAZQUEZ,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :         22-CV-9211 (VSB)
              -against-                                     :
                                                            :         **ORDER**
                                                            :
EVERLAST WORLDWIDE,                                         :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Pursuant to the Notice of Settlement filed by Plaintiff on May 8, 2023, (Doc. 18), Plaintiff is hereby ordered to file a status update on or before July 17, 2023 apprising the Court of the status of the parties' settlement agreement.

SO ORDERED.

Dated:  July 10, 2023
          New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge